# EXHIBIT D

# Infringement Chart

## U.S. Patent No. 9,631,698 B2 | Crimping Bead With Plunger

| | |
|---|---|
| **Patent** | U.S. Patent No. 9,631,698 B2 |
| **Priority date** | January 18, 2013 |
| **Independent claim charted** | Claim 10 |
| **Accused product** | UNICRAFTALE / ENBISI US B0G6FF44NR |

## Claim 10: Element-by-element analysis

The chart applies the ordinary meaning of the claim language. Patent citations refer to the page numbering printed in the patent. Photographic observations are limited to what is visible in the supplied images and the stated operation of the sample.

| | |
|---|---|
| **Limitation 10[a]** | A two piece crimping bead comprising a crimp bead and a crimping plunger |
| **Evidence** | <br>*A initial* |

# Claim 10 analysis (continued)

| | |
|---|---|
| **Limitation 10[b]** | said crimp bead having a through bore having a first opening, a second opening, and a sidewall |
| **Accused product** | The white string enters one side of each accused bead and exits the opposite side. That path directly demonstrates two openings connected by a passage through the bead. A passage necessarily has an internal boundary or sidewall. |
| **Assessment** | Supported. The two openings and continuous passage are visible; the internal sidewall is inherent in the visible bore. |
| **Evidence** |   *C two finished* |

# Claim 10 analysis (continued)

| | |
|---|---|
| **Limitation 10[c]** | said through bore being adapted to have a beading cable passed therethrough |
| **Accused product** | Each image shows the white string passed through the accused bead. Actual use is direct evidence that the bore is adapted to receive a beading cable or string. |
| **Assessment** | Supported by direct evidence of use. |
| **Evidence** | <br><br>*B finished* |

## Claim 10 analysis (continued)

| | |
|---|---|
| **Limitation 10[d]** | said crimp bead also having a crimping bore intersecting said through bore |
| **Accused product** | Accused Product shows the plunger entering the bead from a direction transverse to the string path. The bead grips the string only after the plunger is pressed inward. The crimping bore therefore necessarily reaches and intersects the through bore; without that intersection, movement of the plunger could not affect or retain the string in the through bore. |
| **Evidence** | <br>*A initial* |

# Claim 10 analysis (continued)

| | |
|---|---|
| **Limitation 10[e]** | and having a crimping plunger disposed therein in interference fit with said crimping bore |
| **Accused product** | The plunger is retained in a protruding initial position and remains fixed after being pushed substantially flush. Its retention before and after actuation, without a visible screw or latch, demonstrates the frictional engagement characteristic of the claimed interference fit. |
| **Evidence** |   *B finished* |

# Claim 10 analysis (continued)

| | |
|---|---|
| **Limitation 10[f]** | such that when said crimping plunger is urged into said crimping bore, said crimping plunger protrudes into said through bore |
| **Accused product** | Accused Product shows the plunger moving from a protruding position into the bead. The accused bead changes from freely receiving the string to clinging to it. The inwardly moved plunger therefore necessarily protrudes into the through bore; otherwise, pressing it could not engage and retain the string. |
| **Assessment** | Satisfied. Internal protrusion is inherent in, and necessarily established by, the accused product's demonstrated functionality. |
| **Evidence** |   *B finished* |

# Claim 10 analysis (continued)

| | |
|---|---|
| **Limitation 10[g]** | and said crimping plunger is fixed in position holding said crimping plunger firmly against said beading cable to retain said beading cable against the sidewall of the through bore |
| **Accused product** | In the finished state, the circular plunger surface remains pressed substantially flush with the bead body, while the bead clings to the string. The observed fixed plunger position and resulting retention match the claimed function and result. |
| **Assessment** | Supported by visible finished state and observed retention; contact location inside the bead should be confirmed. |
| **Evidence** | <br><br>*C two finished* |